United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United States of America § § § § § § § § § v. Jonathan K. Senteno | Case No. 4:21-cr-00271-01 |

## ORDER DENYING MOTION TO APPOINT COUNSEL

On March 19, 2024, Defendant Jonathan K. Senteno filed a motion requesting appointment of counsel. Dkt. 42. The motion indicates that he wishes to file a post-conviction petition to reduce his sentence based on Amendment 821, U.S.S.G. § 4A1.1 and 18 U.S.C. § 3582. *Id.*; *see also* Dkt. 40 (June 22, 2022 judgment dismissing Defendant's appeal as frivolous).

The Sixth Amendment right to counsel does not extend to post-conviction proceedings. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) (no right to court appointed counsel for post-conviction proceedings). The Court can appoint counsel if the interests of justice so require. *See* 18 U.S.C. § 3006A(a)(2)(B). But Defendant has yet to file any motion or petition asserting his grounds for relief, nor has he shown that the interests of justice would warrant appointing counsel.

2

Accordingly, it is **ORDERED** that Defendant Thristian Duplechin's motion for appointment of counsel is **DENIED**.

Signed on March 21, 2024, at Houston, Texas.

*Yvonne Y. Ho*
_____
Yvonne Y. Ho
United States Magistrate Judge